ORIGINAL

FILED
OCT 31 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| **ADVANCED TECHNOLOGY SYSTEMS, INC.,** | ) | **Case No.** 07-761 C |
| **Plaintiff,** | ) | |
| v. | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR FILING UNDER SEAL**

Plaintiff, Advanced Technology Systems, Inc. ("ATS") respectfully moves this Court for filing under seal. Plaintiff believes its Complaint contains confidential and proprietary information and seeks to protect that information from public scrutiny. The confidential and proprietary information is highlighted and a redacted version of the pleading is provided.

Dated: Oct. 31, 2007

Respectfully submitted,

Richard L. Moorhouse
GREENBERG TRAURIG, LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22101
Tel: (703)749-1311
Fax: (703)714-8308

OF COUNSEL:
John G. Stafford
David T. Hickey
Sean M. Connolly