ORIGINAL

FILED
OCT 31 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

**ADVANCED TECHNOLOGY SYSTEMS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**Case No.** 07-761 C

**PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

Advanced Technology Systems, Inc. ("ATS"), by undersigned counsel or record, moves this Court for a Protective Order prohibiting disclosure, orally or in writing, of information deemed competition sensitive, proprietary, confidential, or otherwise protectable by ATS and respectfully requests that this Court extend such information all protections available. The proposed order, attached to this Motion, is substantially the same as Form 8 in the Court's Rules.

Dated: Oct. 31, 2007

Respectfully submitted,

Richard L. Moorhouse
GREENBERG TRAURIG, LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22101
Tel.: (703)749-1311
Fax: (703)714-8308

OF COUNSEL:
John G. Stafford
David T. Hickey
Sean M. Connolly