ORIGINAL

FILED
OCT 31 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **ADVANCED TECHNOLOGY SYSTEMS, INC.,**<br>**Plaintiff,**<br>v.<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **Case No.** 07-761 C |

## CERTIFICATION PURSUANT TO RULE 7.1

Advanced Technology Systems, Inc. ("ATS"), a Virginia corporation, hereby certifies pursuant to Rule 7.1(a) of the United States Court of Federal Claims that ATS is wholly owned by ATS Corporation, a publicly-traded Delaware corporation.

Dated: Oct. 31, 2007

Respectfully submitted,

Richard L. Moorhouse
GREENBERG TRAURIG, LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22101
Tel.: (703)749-1311
Fax: (703)714-8308

OF COUNSEL:
John G. Stafford
David T. Hickey
Sean M. Connolly