ORIGINAL

FILED
OCT 31 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

ADVANCED TECHNOLOGY SYSTEMS, INC.,)
Plaintiff,
v.
THE UNITED STATES OF AMERICA,
Defendant.

Case No. 07-761 C

## NOTICE OF DIRECTLY RELATED CASES UNDER RCFC 40.2

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiff, Advanced Technology Systems, Inc. ("ATS"), by undersigned counsel of record, submits the foregoing notice of directly related earlier-filed cases. Serco Inc. v. United States, Civ. No. 07-691C, Stanley Associates, Inc. v. United States, Civ. No. 07-732C, CGI Federal Inc. v. United States, Civ. No. 07-741C and STG, Inc. v United States, Civ. No. 07-747C have been consolidated and are pending before Judge Allegra. These are directly related to this action because each is a bid protest involving the same GSA procurement and solicitation that is at issue in ATS' protest. ATS believes that consolidation of its protest with the above-listed protests is likely to conserve judicial resources and promote an efficient determination of the actions, and hereby respectfully requests such consolidation.

Dated: Oct. 31, 2007

Respectfully submitted,

Richard L. Moorhouse
GREENBERG TRAURIG, LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA 22101
Tel.: (703)749-1311
Fax: (703)714-8308

OF COUNSEL:
John G. Stafford
David T. Hickey
Sean M. Connolly